53 P.3d 820

# SUPREME COURT OF HAWAI'I

McCormick v. Keohokalole . . . . . . . . . . . . . . . . . . . . . . . . . 23387        08/22/2002      Vacated and
                                                                                    Remanded

State v. Poaipuni . . . . . . . . . . . . . . . . . 22756        06/21/2002   Denied

State v. Inoue . . . . . . . . . . . . . . . . . . . . 23902        06/19/2002   Granted       98 Hawai'i 295,
                                                                                            47 P.3d 762
State v. Locquiao . . . . . . . . . . . . . . . . . 23706        09/05/2002   Granted
State v. Okubo . . . . . . . . . . . . . . . . . . 23637        08/12/2002   Denied
State v. Tran . . . . . . . . . . . . . . . . . . . . . 23198        05/16/2002   Granted